# FILED
## UNDER
# SEAL

Case 2:17-cr-00321-RFB-GWF   Document 3   Filed 07/31/17   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

FILED
2017 JUL 31 PM 4: 34
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORTEZ HARRIS,<br>JANELLCIE GIBBONS, AND<br>LEONARD TREMILLO, JR.,<br><br>Defendants. | Magistrate No. 2:17-mj-00811-NJK<br><br>ORDER TO SEAL<br><br>(FILED UNDER SEAL) |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this  31st  day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE