STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
ALEXANDRA MICHAEL
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Alexandra.m.michael@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>HARRIS ET AL,<br><br>   Defendant. | Case No. 2:17-cr-00321-RFB-GWF<br><br>**EMERGENCY MOTION TO UNSEAL COURT ORDERS, SEARCH WARRANT AND COMPLAINT** |

**CERTIFICATION:  This Motion is timely filed.**

   The United States, by and through the undersigned Assistant United States Attorney, respectfully requests that the Court unseal the following Court Orders, Search Warrant, and Complaint that were issued as part of the investigation in this case. The United States makes this request so the documents can be provided in

discovery to defense counsels within the discovery deadline as set for November 10, 2017 per the Court in ECF No. 43.[1]

The case numbers of the Orders, Search Warrant, and Complaint the United States seeks to unseal includes: 2:17-mj-772-PAL, 2:17-mj-00778-VCF, 2:17-mj-00780-VCF, 2:17-mj-00781-VCF, 2:17-mj-00811-NJK, 2:17-mj-00804-VCF, 2:17-mj-00805-VCF, and 2:17-mj-840-CWH.

**DATED** this _7th_ day of _November_____, 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

//s//

_____
ALEXANDRA MICHAEL
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

November 8, 2017
_____
Date

---

[1] The government attempted to meet and confer with defenes counsels but was unable to do so therefore the government files this in an abundance of caution in or to comply with the discovery deadline as set forth. The government does not anticipate defenes counsels would object to the request given it is to facilitate providing discovery

2